UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ROBERT LEE QUACKENBUSH,                1:04-cv-06730-AWI-LJO-P

        Plaintiff,             **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 12)

vs.
                                  **ORDER DISMISSING ACTION**

DIRECTOR OF CDC, et al.,

        Defendants.
                              /

    Plaintiff Robert Lee Quackenbush ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On March 16, 2005, the Magistrate Judge concluded that the complaint must be dismissed. The Magistrate Judge gave notice of the pleading deficiencies in the complaint, namely that the complaint failed to link the named defendants to the alleged constitutional violations and Plaintiff's allegations at best only stated a claim for negligence. The Magistrate Judge then granted Plaintiff leave to filed an amended complaint within

1

1 thirty days.   Upon Plaintiff's request for more time to file an
2 amended complaint, on April 22, 2005, the Magistrate Judge gave
3 Plaintiff an addition thirty days in which to file an amended
4 complaint.

5 When Plaintiff did not file an amended complaint or
6 otherwise contact the court, on June 13, 2005, the Magistrate
7 Judge filed a Findings and Recommendations that recommended this
8 action be dismissed for Plaintiff's failure to obey the court's
9 March 16, 2005 order and for Plaintiff's failure to state a
10 claim.   The Findings and Recommendations were served on Plaintiff
11 and which contained notice to Plaintiff that any objections to
12 the Findings and Recommendations were to be filed within twenty
13 (20) days.   To date, Plaintiff has not filed objections to the
14 Magistrate Judge's Findings and Recommendations.

15 In accordance with the provisions of 28 U.S.C. § 636
16 (b)(1)C), this court has conducted a de novo review of this case.
17 See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454
18 (9th Cir. 1983).   Having reviewed the file, the court adopts the
19 recommendation that the action be dismissed.   No complaint is
20 currently on file in this action, and this case cannot proceed
21 with a complaint on file.   Further, the original complaint was
22 properly dismissed for failure to state a claim upon which the
23 court could grant relief.   See Noll v. Carlson, 809 F. 2d 1446,
24 1448 (9th Cir. 1987) (prisoner must be given notice of
25 deficiencies and opportunity to amend prior to dismissing for
26 failure to state a claim).

27 The court cannot manage its docket if it maintains cases in
28 which a plaintiff fails to keep an operative complaint on file by

2

1  filing an amended complaint.  The public's interest in the
2  expeditious resolution of litigation weighs heavily in favor of
3  dismissal of such cases so that the court's limited resources may
4  be spent on cases in which the litigant is actually proceeding.
5  Public policy favoring disposition of cases on their merits also
6  has little or no weight in actions where the plaintiff lacks
7  enough of an interest to file an amended complaint.  The public
8  and the court have no interest in determining the truth or
9  falsity of the allegations that Plaintiff might raise in an
10 amended complaint if Plaintiff never files an amended complaint.
11 The availability of less drastic sanctions has been considered,
12 but given that no complaint is on file, the court has no
13 effective sanction but to close the case.
14      Accordingly, IT IS HEREBY ORDERED that:
15      1.   The Findings and Recommendations, filed June 13, 2005,
16 is ADOPTED IN FULL; and,
17      2.   This action is DISMISSED, without prejudice, for
18 plaintiff's failure to obey the court's order of March 16, 2005,
19 and for failure to state a claim upon which relief may be
20 granted.

22 IT IS SO ORDERED.
23 **Dated:   July 26, 2005**              **/s/ Anthony W. Ishii**
   0m8i78                           UNITED STATES DISTRICT JUDGE